## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**ROBERT EUGENE ROJAS,**

CASE NO: **2:22−CV−01205−KJM−DB**

v.

**COUNTY OF SACRAMENTO, ET AL.,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 05/03/023**

                                                **Keith Holland**
                                                Clerk of Court

ENTERED: **May 3, 2023**

                                    by: /s/ A. Benson
                                                Deputy Clerk